IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

_____Helena_____ DIVISION
(You must fill in this blank. See Instruction F)

_Robert James Cordice_

(Write the full name of each plaintiff who is filing this complaint. Each named plaintiff must sign the complaint.)

Plaintiff,

-against-

Meagher County, Sheriff Jon Lopp, Kimberly Deschene
John Wells, Jerry Churchill
Montana Attorney General Mr. Tim Fox
A.T.F. Agent Brian McNamee

Case No. _____
(to be filled in by the Clerk's Office)

COMPLAINT
(Pro Se Non-Prisoner)

Jury Trial Demanded: ☒ Yes ☐ No
(check one)

MAY 03 2017

Clerk, U.S. Courts
District of Montana
Helena Division

I was held in jail Sheriff Jon Lopp and City Judge John Wells of Meagher County for Three Months without a court appearance nor attorney. The charge I was there for was accused of violation of Order of Protection. I was innocent until proven guilty. City Judge John Wells took it upon himself with prejudice that I was guilty of this crime and according to another court case by him. I plead guilty to a Misdemeanor Assault I never committed only to get out of jail. This release was a six month sentence stipulating if I broke any laws I would have to serve the remaining time. John Wells City Judge took it upon himself I was guilty of the charge, had me jailed on the old court agreement depriving me of my rights for due process. At that time of his actions I had not been in front of a judge nor provided any attorney I was innocent until proven guilty. They knew I was unable to cope with jail and wanted to abuse the law and break me and did so. This alone shows prejudice against me. This was a planed effort against me.

Sheriff Jon Lopp never told me my rights when arrested at any time.

Sheriff Jon Lopp told me he had a warrant on me for breaking Order of Protection. I said to him what do I do. He said just don't come back stay away. I said I don't want a warrant over my head, he said just don't come back here. I said ok. This bothered me so much I drove all the way back to Montana and turned myself in at the Sheriffs Office. He was shocked when he saw me and said to me now I'll show you what jail is really like. They sure did that.

Please attach this sheet to my case Robert James Cordice. Additional sheet ran out of room on original.

Sincerely,

Plaintiff : Robert James Cordice

_Robert J Cordice_